UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN LAGERSTROM,<br><br>                    Plaintiff,<br><br>    -against-<br><br>ORSID REALTY; 61 WEST 9TH OWNERS CORP., a/k/a "WINDSOR ARMS",<br><br>                    Defendants. | 23-CV-0727 (JPO)<br><br>ORDER OF SERVICE |

J. PAUL OETKEN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Orsid Realty and 61 West 9th Owners Corp. a/k/a "Windsor Arms." Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   January 30, 2023
           New York, New York

                                                              J. PAUL OETKEN
                                                     United States District Judge