UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN LAGERSTROM,
                Plaintiff,

      -v-

ORSID REALTY *et al.*,
                Defendants.

23-CV-727 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff's request for an extension of time to respond to Defendants' motion to dismiss is hereby GRANTED. Plaintiff shall respond to Defendants' motion to dismiss on or by April 21, 2023. Defendants' shall file their reply on or by May 5, 2023.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

    SO ORDERED.

Dated: April 3, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge