UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN LAGERSTROM,
                      Plaintiff,

-v-

ORSID REALTY, *et al.*,
                      Defendants.

23-CV-727 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff's request for a referral to the court's mediation program is denied. (ECF No. 27.) As explained in this Court's February 9, 2024 opinion, Plaintiff's claims are "subject to mandatory mediation and arbitration pursuant to the terms of the CBA." (ECF No. 26.) Accordingly, Plaintiff is required to pursue his claims through that process.

    SO ORDERED.

Dated: March 8, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

1