UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN LAGERSTROM,
       Plaintiff,

    -v-

ORSID REALTY, *et al.*,
       Defendants.

23-CV-727 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Plaintiff's request to amend the complaint is denied.  (ECF No. 36.)  As explained in this Court's February 9, 2024 opinion, Plaintiff's claims are "subject to mandatory mediation and arbitration pursuant to the terms of the CBA."  (ECF No. 26.)  Accordingly, Plaintiff is required to pursue his claims through that process.

  SO ORDERED.

Dated: March 27, 2024
   New York, New York

_____
J. PAUL OETKEN
United States District Judge