UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN LAGERSTROM,

                    Plaintiff,

          -v-

ORSID REALTY, *et al.*,

                    Defendant.

23-CV-727 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

In light of the parties' request that the Court select a new arbitrator in this matter, the Court hereby appoints Noel B. Berman.

If and only if Ms. Berman is unable or unwilling to serve as arbitrator in this matter, then the Court appoints the first arbitrator in the following list, and if that individual is unable or unwilling to serve as arbitrator, the next-numbered individual is appointed, and so on, in the following order:

1. Howard Jay Stiefel
2. Randall M. Kelly
3. Melisa Biren
4. Richard Adelman
5. Rosemary A. Townley.

SO ORDERED.

Dated: September 13, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge