UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN LAGERSTROM,
                Plaintiff,

-v-

ORSID REALTY *et al.*,
                Defendants.

23-CV-727 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In light of the parties' inability to timely proceed with arbitration, Mr. Lagerstrom and counsel for Defendants shall appear for a telephone conference to address the status of the arbitration process on October 29, 2024, at 12:00 p.m. At that time, Mr. Lagerstrom and counsel for Defendants should call (888) 557-8511 and enter access code 9300838.

    The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

    SO ORDERED.

Dated: October 9, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge