UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN LAGERSTROM,
                     Plaintiff,

-v-                                    23-CV-727 (JPO)

ORSID REALTY, *et al.*,                     ORDER
                     Defendant.

J. PAUL OETKEN, District Judge:

      The Court will appoint an arbitrator from the following list of arbitrators, all of whom are former federal magistrate judges on the United States District Court for the Southern District of New York and all of whom are now affiliated with JAMS:

- Hon. James "Jay" C. Francis IV (Ret.)
- Hon. Frank Maas (Ret.)
- Hon. Henry B. Pitman (Ret.)

      On or before November 15, 2024, Plaintiff and Defendants shall each strike one arbitrator from the list and the parties shall proceed with the third. If either party requests to strike more than one arbitrator and if the Court determines that the request has been made in bad faith, the Court will consider the request as evidence of obstruction of the arbitral process.

      SO ORDERED.

Dated: November 4, 2024
       New York, New York

                                                  J. PAUL OETKEN
                                            United States District Judge