UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN LAGERSTROM,
                Plaintiff,

-v-

ORSID REALTY, *et al.*,
                Defendant.

23-CV-727 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Per the Court's November 4, 2024 order, the parties, having "each [struck] one arbitrator from the list," "shall proceed with the third." (ECF No. 90.) All current and future disputes related to the arbitration are to be decided by the now-appointed arbitrator, Hon. Henry B. Pitman (Ret.), including Mr. Lagerstrom's various requests for relief contained in ECF Nos. 91, 92, 93, 97, and 98. The parties shall, absent good cause, refrain from filing any further letters or motions with this Court until the conclusion of the arbitration process. Should a party file such a letter or motion, and should the Court determine that it was filed without good cause, the Court will consider it as evidence of obstruction of the arbitration process.

    The SEIU's request for leave to intervene (ECF No. 96) is DENIED.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 96 and 97.

    SO ORDERED.

Dated: November 20, 2024
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge